# In The United States Court of Federal Claims

No. 09-635T

(Filed: April 12, 2010)

_____

NORMAN J. McCONNELL and PAULA A. McCONNELL,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Thursday, April 22, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge