# In The United States Court of Federal Claims

No. 09-635T

(Filed: April 22, 2010)

_____

NORMAN J. McCONNELL and PAULA A. McCONNELL,

        Plaintiffs,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference was held today in this case.  Participating in the conference were Anthony Diosdi, for plaintiff, and Christopher Dove, for defendant.  Pursuant to discussions during the conference, the court orders the following:

1. On or before May 7, 2010, defendant shall file a motion to dismiss and no enlargements of this deadline will be granted; and

2. The timing of subsequent filing shall be determined pursuant to RCFC 7.2(b).

**IT IS SO ORDERED.**

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge