# In The United States Court of Federal Claims

No. 09-635T

(Filed: September 13, 2010)

_____

NORMAN J. McCONNELL and PAULA A. McCONNELL,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Thursday, October 14, 2010, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled argument time.

    **IT IS SO ORDERED**.

                                                        s/ Francis M. Allegra
                                                         Francis M. Allegra
                                                         Judge